1
 The People of the State of Colorado, Petitioner v. Christopher G. Smith. Respondent No. 24SC102
Supreme Court of Colorado, En Banc
August 5, 2024
 
           Court
 of Appeals Case No. 21CA1738
 
 
          
 DENIED PETITIONS FOR WRIT OF CERTIORARI
 
 2
 
          Petition
 for Writ of Certiorari DENIED.
 
 
          JUSTICE
 BOATRIGHT would grant as to the following issue:
 
 
          If the
 trial court properly instructs the jury on every element of
 the substantive offense (second-degree murder) but improperly
 refuses to instruct the jury on a mitigating factor that can
 only affect sentencing (heat of passion), should the
 prosecutor be forced to retry the offense on remand? Or
 should the prosecutor have the option of accepting the
 jury's conviction-while conceding the sentencing
 mitigator?